**Law Offices of Michael Lupolover, PC**
120 Sylvan Ave, Suite 300
Englewood Cliffs, NJ 07632

Kristy Wright

---

# PROPOSED ORDER

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**

**In re:**
**Kristy Wright,**
Debtor.

Case No.: **25-01982-swd**
Chapter 7

---

## ORDER GRANTING MOTION FOR ORDER TO SHOW CAUSE AND FOR SANCTIONS

This matter having come before the Court on Debtor's Motion for Order to Show Cause Why Fundo LLC Should Not Be Held in Contempt for Violation of the Discharge Injunction and for Sanctions, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED:**

1. **Fundo LLC shall appear and show cause** on a date and time set by the Court why it should not be held in civil contempt for violation of the discharge injunction under **11 U.S.C. § 524(a).**
2. **Fundo LLC shall immediately terminate and release** any UCC lien, enforcement mechanism, or other claim affecting Debtor's post-petition earnings.
3. Fundo LLC shall file **written confirmation of compliance** within **five (5) business days** of entry of this Order.
4. The Court reserves jurisdiction to award **actual damages, costs, attorney's fees, and/or sanctions** as appropriate.

IT IS SO ORDERED.

Dated: ____________________