United States Bankruptcy Court
WESTERN DISTRICT OF MICHIGAN

CHAMBERS OF
SCOTT W. DALES
CHIEF JUDGE

TELEPHONE
616 - 456 - 2949

ONE DIVISION AVENUE NORTH
GRAND RAPIDS, MICHIGAN 49503

March 30, 2026

Via CM/ECF and E-Mail Only

Ms. Melanie Gapany
Chief Operations Officer
Fundo, LLC
3323 NE 163rd Street, Suite 509
North Miami Beach, Florida 33160
melanie@Fundo.com

Ms. Kristy Wright
1600 Antietam Avenue, Apt. 1908
Detroit, Michigan 48207
kristywright84@gmail.com

Re: *In re Wright*, Case No. 25-01982-swd

Dear Ms. Wright and Ms. Gapany:

It appears that you have endeavored to settle Ms. Wright's claims involving post-petition violation of the discharge injunction and related relief, but that the Clerk has twice notified you the proposed settlement is deemed defective. As a result, the Clerk struck the document with leave to re-file.

As you know, I adjourned last month's hearing to this Friday, April 3, 2026, anticipating that the parties would appropriately document the terms of their agreement.

If the parties neither (1) file a signed settlement agreement in accordance with our local rules nor (2) appear at the hearing on Friday morning in Grand Rapids, I will deem my Order to Show Cause as withdrawn, and will re-close Ms. Wright's case without further action and without making any determination, one way or another, about the enforceability of the settlement. The parties will be bound, or not, in accordance with applicable non-bankruptcy law, independent of any action by this court.

For the sake of the record and to avoid ex parte communication, by copying the Clerk on this letter I am asking her to enter it on the docket.

Very truly yours,

Scott W. Dales

SWD/ks
cc: Michelle Wilson, Esq., Clerk of Court